

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORIGINAL

E. CARWILE LEROY, JR., et al.
            Plaintiff(s)          *

        vs.                        *      Case No.: CA No. CCB 02 CV3148

THE RICHARDS GROUP
OF WASHINGTON LP,                  *
            Defendant(s)
                              ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Gregory J. Swain, Esq.__, am a member in good standing of the bar of this Court. My bar number is __11793__. I am moving the admission of __Michael B. Lehrhoff__ to appear *pro hac vice* in this case as counsel for __Defendant__.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania Supreme Court | 1992 |
| District of Columbia Court of Appeals | 1998 |
|  |  |
|  |  |
|  |  |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| **Gregory J. Swain** | Michael B. Lehrhoff |
| Printed Name | Printed Name |
| **The Swain Law Group LLC** | **Epstein Becker & Green, P.C.** |
| Firm | Firm |
| **2661 Riva Road, Suite 410A** | **1227 – 25th Street, N.W., Suite 700** |
| **Annapolis, MD   21401** | **Washington, D.C.   20037** |
| Address | Address |
| **(410) 570-7111** | **(202) 861-0900** |
| Telephone Number | Telephone Number |
| **(410) 974-4495** | **(202) 296-2882** |
| Fax Number | Fax Number |

*******************************************************************

**ORDER**

☑ GRANTED      ☐ DENIED

_12-13-02_                            Felicia C. Cannon

Date                                  **Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

by _____